UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER ISAIS CHAVEZ, | Case No. 2:18-09809 DSF (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF |
| SCOTT FRAUENHEIM, Warden, | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, along with the Report and Recommendation dated September 4, 2019, [Dkt. No. 19], of the assigned United States Magistrate Judge.

Finding no objections on file, IT IS HEREBY ORDERED:

1.    The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 19], is accepted;

2.    The case is dismissed with prejudice; and

1    3.    Judgment is to be entered accordingly.

2    DATED:  October 28, 2019

3                                            _Dale S. Fischer_____
                                             Honorable Dale S. Fischer
4                                            UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24