JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAVIER ISAIS CHAVEZ, | Case No. 2:18-09809 DSF (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: October 28, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE